IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| v. § | CASE NUMBER 1:96-CR-54-2-MJT |
| § | JUDGE MICHAEL TRUNCALE |
| § | |
| § | |
| EDWIN LIMBRICK § | |

## ORDER OVERRULING OBJECTIONS AND ADOPTING REPORT AND RECOMMENDATION

The Defendant, Edwin Limbrick, filed his fourth Motion for Compassionate Release pursuant to 18 U.S.C. § 3582. [Dkt. 759.] The Government filed a response. [Dkt. 772.] Pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas, this motion was before United States Magistrate Judge Christine L. Stetson. Judge Stetson issued a report with recommended findings of fact and conclusions of law stating that Defendant's motion should be denied. [Dkt. 773.] Limbrick filed objections to the report and recommendation. [Dkt. 774.]

The Court has considered Limbrick's objections and conducted a *de novo* review pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59. Limbrick argues that he qualifies for compassionate release under policy statement 1B1.13(b) due to his unusually long sentence and a change in the law. He also reiterates in his objections that he is not a threat to society and is rehabilitated.

As noted by Judge Stetson in her report and recommendation, the Fifth Circuit does not recognize policy statement 1B1.13(b)(6), which considers non-retroactive changes in the law, as an extraordinary and compelling reason justifying a sentence reduction. *See United States v.*

1

*Austin*, 125 F.4th 688, 692 (5th Cir. 2025).  Further, while the Court is sympathetic to Limbrick and applauds his rehabilitation efforts, the Court agrees with Judge Stetson's recommendation to deny his motion.  Considering the 3553 factors, the Court believes that completion of the remaining term of imprisonment appropriately reflects the seriousness of his offenses, deters future criminal conduct, and provides Limbrick with the needed structure for his continued rehabilitation.  Consequently, the Court OVERRULES Limbrick's objections [dkt. 774] and ADOPTS the Report and Recommendation [dkt. 773].  Limbrick's Motion for Compassionate Release [dkt. 759] is therefore DENIED.

**SIGNED this 29th day of May, 2025.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge